# United States Court of Appeals

## For the First Circuit

No. 16-1140

UNITED STATES OF AMERICA,

Appellee,

v.

YRVENS BAIN, a/k/a "E,"

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 13, 2017, is amended as follows:

On page 56, line 11, "Shepherd" should be changed to "Shepard"